IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02279-BNB

BP AMERICA PRODUCTION COMPANY,

Plaintiff,

v.

PRIME MARINE SERVICES INC.,

Defendant.

_____

**ORDER**
_____

Consistent with the **Joint Suggestion of Lack of Jurisdiction** [Doc. # 11, filed 12/22/2015], and because complete diversity of citizenship of the parties does not exist and no other basis for jurisdiction been shown,

IT IS ORDERED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

Dated January 6, 2015.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge